IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION
CRIMINAL MINUTES - **SENTENCING**

United States of America          Case Number: 08-4052-04-CR-C-NKL

   vs          Date:    February 18, 2010

Timothy Berle Tate          Recorder/CRD: J Russel

Honorable Nanette K. Laughrey presiding at Jefferson City, Missouri

Time: **9:41am-10:42am**          **Dft pled to Count 1 of an Indictment on 8/31/09.**
                                                       **Plea accepted by court on 9/01/09.**

**APPEARANCES**     Plaintiff:    Lauren Kummerer
                             Defendant:    Troy Stabenow
                             Probation:    Paul Mudd

- X    Defendant appears in person and by counsel.
- X    No legal cause found to delay.
- X    PSI report received and reviewed by all parties.-no amendments made
- X    Allocution accorded.
- X    Dft sentenced to 24 months on Count 1.
- X    Dft ordered to voluntarily surrender at designated institution on 3/29/10
- X    Special assessment of $100.
- X    Fine waived
- X    Court orders dft to term of 5 years of Supervised Release
- X    Special Conditions of Supervised Release :
    - Defendant to successfully participate in any substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office and pay any associated costs as directed by the Probation Office.
    - Defendant shall submit his person, residence, office, or vehicle to a search, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.
- X    Motion for downward departure by government - Granted
- X    Defendant advised of right to appeal.
- X    Count 2 dismissed by government.